FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JUL 2 3 2025
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:25CR3063 |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 844(f) |
| EULISIS MARTIN, | 26 U.S.C. §§ 5822 and 5861(c) |
| | 18 U.S.C. § 1361 |
| Defendant. | 18 U.S.C. § 115(a)(1)(B) |

The Grand Jury charges that

COUNT I

On or about June 9, 2025, in the District of Nebraska, the defendant, EULISIS MARTIN, maliciously attempted to damage and destroy a building in whole and in part possessed by and leased to a department an agency of the United States, namely, the Grand Island, Nebraska Immigration and Customs Enforcement Office building, by means of an explosive.

In violation of Title 18, United States Code, Section 844(f).

COUNT II

On or about June 9, 2025, in the District of Nebraska, the defendant, EULISIS MARTIN, knowingly possessed a firearm, namely a glass jar with ignitable liquid and lit wick, commonly known as Molotov cocktail, a destructive device as described in Title 26, United States Code, Sections 5845(a)(8) and 5845(f), made in violation of Chapter 53 of Title 26, United States Code.

In violation of Title 26, United States Code, Sections 5822 and 5861(c).

COUNT III

On or about June 14, 2025, in the District of Nebraska, the defendant, EULISIS MARTIN, willfully and by means of slashing or stabbing tires, did injure and commit a

1

depredation against property of the United States and of any department or agency thereof namely, the United States Department of Agriculture, specifically the tires of seven vehicles, and the resulting damage was $1,841.65.

All in violation of Title 18, United States Code, Section 1361.

## COUNT IV

Beginning from on or about June 9, 2025, and continuing until on or about June 14, 2025, in the District of Nebraska, the defendant, EULISIS MARTIN, did threaten to assault officers stationed at the Immigrations and Customs Enforcement Office in Grand Island, Nebraska, whom are Federal law enforcement officers, with intent to impede, intimidate, and interfere with the performance of duties of those officers.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

For: TESSIE L.S. SMITH, #25828
Assistant U.S. Attorney

2