IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 4:25CR3063 |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | SENTENCING STATEMENT |
| | ) | |
| EULISIS MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, Defendant, through counsel, and informs the Court that the Defendant has no objections to the Revised Pre-Sentence Report.

The guideline range in this case is 37 to 46 months, however, Count I carries a mandatory minimum of 5 years. (RPSR ¶117) The Government will recommend a sentence at the mandatory minimum of 5 years. (RPSR ¶ 19) A sentence of 60 months is appropriate in this matter.

Defense counsel is anticipating submitting character letters on behalf of Mr. Martin. Not all of those letters have been received at this time. Once all of the character letters are received, defense counsel will submit a sentencing statement with the character letters as attachments prior to sentencing.

Dated this 8th day of December, 2025.

Respectfully submitted,

EULISIS MARTIN, Defendant

By: /s/ *Korey L. Reiman*
Korey L. Reiman
Assistant Federal Public Defender
112 Federal Building
Lincoln, NE 68508
402-221-7820
Attorney for Defendant

2